IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTY P ELGAR,                                    No    C-02-5576 VRW

    Plaintiff,                                  ORDER

    v

ALAMEDA HOUSING AUTHORITY et al,

    Defendants.
_____/

        Plaintiff has submitted some twenty-one letters and other miscellany to the court in the two and a half years since this action was filed.  Se Doc ##16, 19, 20, 24, 25, 28, 29, 30, 31, 35, 36, 37, 39, 40, 41, 48, 51, 52; letters without docket numbers received 2/19/03, 2/2/04, 6/15/04.  The court granted defendants' motion to dismiss, Doc #42, certified that plaintiff's appeal was not taken in good faith, Doc #46, and the court of appeals summarily affirmed, Doc #49.  This case has been closed since August 5, 2004.

        On June 2, 2005, the court received a 10x13 inch manila envelope stuffed with a compendium of handwritten, typescript,

computer-printed and photocopied papers.  The envelope contained a three-page letter from plaintiff bearing the above case number.  Plaintiff has no case pending in this court and the court does not construe the letters or papers contained in the manila envelope as a pleading.

Accordingly, the clerk is DIRECTED to return plaintiff's papers to her at the return address on her envelope.  The clerk is further DIRECTED to discard any further papers submitted by plaintiff that are not connected to a pending lawsuit.  Plaintiff is admonished not to send further correspondence to the court in this closed case and is warned that further papers in this case will be DISCARDED.

IT IS SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge